FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 14, 2021, 8:15 am
Michelle Rynne, Clerk of Court

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

JONATHAN L. KOPECKY
Special Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: jonathan.l.kopecky.mil@mail.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | PO. NO. 21-00093 WRP |
| | ) | INFORMATION |
| Plaintiff, | ) | 18 U.S.C. § 13; |
| | ) | H.R.S. §§ 286-102, 286-136 |
| vs. | ) | 40 U.S.C. 1315(c), |
| | ) | 32 C.F.R. 634.25(f), |
| WILLIAM Y. SANCHEZ, | ) | H.R.S. § 431:10C-104 |
| | ) | Citation Nos.: E1066832/H-10 |
| | ) | E1066833/H-10 |
| Defendant. | ) | |
| | ) | A & P Date: 20 Jul 21 |

INFORMATION

COUNT 1
[18 U.S.C. 13; H.R.S. §§ 286-102, 286-136]
(Citation No. E1066832/H-10)
(No driver's license)

The United States Attorney charges that:

On or about March 31, 2021, on Wheeler Army Airfield, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, WILLIAM Y. SANCHEZ, defendant herein, did unlawfully operate a

motor vehicle upon a public street, road, or highway without a valid operator's license.

All in violation of Hawaii Revised Statutes 286-102 and 286-136, a federal offense pursuant to Title 18, United States Code, Section 13.

COUNT 2
[40 U.S.C.1315(c); 32 C.F.R. 634.25(f); H.R.S. 431:10C-104]
(Citation No. E1066833/H-10)
(Driving w/out Insurance)

The United States Attorney further charges that:

On or about March 31, 2021, on Wheeler Army Airfield, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, WILLIAM Y. SANCHEZ, defendant herein, unlawfully operated a motor vehicle upon a public street, road, or highway without valid insurance.

//
//
//
//
//
//
//
//
//
//

All in violation of Hawaii Revised Statutes, Section 431:10C-104, Title 40, United States Code, Section 1315(c), and Title 32, Code of Federal Regulations, Section 634.25(f).

DATED: July 7, 2021, Honolulu, Hawaii.

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

By KOPECKY.JONATHAN.L.1376438240
   Digitally signed by KOPECKY.JONATHAN.L.1376438240
   Date: 2021.07.13 08:46:36 -10'00'

JONATHAN L. KOPECKY
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. v. WILLIAM Y. SANCHEZ
PO. No. 21-00093 WRP
Citation Nos.: E1066832/H-10
               E1066833/H-10
"INFORMATION"